

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00099-CV

Alfredo Meneses **VELA**,
Appellant

v.

Maria Guadalupe **VELA**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16603CCL
Honorable Christopher G. Nevins, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are assessed.

SIGNED September 21, 2022.

_____
Rebeca C. Martinez, Chief Justice